In the Matter of the Probate of the Will of WILLIAM MacGREADY, Deceased.

LOUISE MacGREADY, as Executrix of WILLIAM MacGREADY, Deceased, Respondent; MARY E. MacGREADY et al., as General Guardians of MURIEL MacGREADY et al., Appellants. (Appeal No. 1.)

(Submitted October 2, 1933; decided October 10, 1933.)

*John L. McMaster* for motion.
*Earl J. Garey* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

SIKORA REALTY CORPORATION, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

(Submitted October 2, 1933; decided October 10, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 262 N. Y. 312.)

JOSEPH A. L. BLEK, Respondent, *v.* FRANK WILSON, as President of Local Union No. 3 of the International Brotherhood of Electrical Workers, Appellant.

(Submitted October 2, 1933; decided October 10, 1933.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 262 N. Y. 253, 694.)